No. 09-9058. Georgia A. Green, Petitioner v. Christopher Maroules, et al.

559 U.S. 1074, 130 S. Ct. 2103, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3341.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 328 Fed. Appx. 868.

No. 09-9062. Darryl Jennings, Petitioner v. New Jersey.

559 U.S. 1074, 130 S. Ct. 2104, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3470.

April 19, 2010. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

No. 09-9063. James Edward Lang, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.

559 U.S. 1074, 130 S. Ct. 2104, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3301.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 23 So. 3d 712.

No. 09-9068. Scott R. Zabriskie, Petitioner v. Orlando Police, et al.

559 U.S. 1074, 130 S. Ct. 2104, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3442, ■

April 19, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 23 So. 3d 126.

No. 09-9069. George Thomas Wilkerson, Petitioner v. North Carolina.

559 U.S. 1074, 130 S. Ct. 2104, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3379.

April 19, 2010. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 363 N.C. 382, 683 S.E.2d 174.

No. 09-9073. Fard Muhammed, Petitioner v. Wisconsin Insurance Security Fund, et al.

559 U.S. 1074, 130 S. Ct. 2105, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3288, ■

April 19, 2010. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District IV, denied.

Same case below, 321 Wis. 2d 477, 774 N.W.2d 476.

No. 09-9075. Dennis A. Ball, Petitioner v. Carol L. Ball, et al.; and Dennis Andrew Ball, Petitioner v. Arthur Paul Blunt, et al.

559 U.S. 1074, 130 S. Ct. 2105, 176 L. Ed. 2d 734, 2010 U.S. LEXIS 3436, ■

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.